IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Richard Dale Crawford, :
:
      Plaintiff(s), :
: Case Number: 1:13cv451
vs. :
: Judge Susan J. Dlott
Commissioner of Social Security, :
:
      Defendant(s). :

ORDER

    This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on November 20, 2014 a Report and Recommendation (Doc. 32).  Subsequently, the defendant filed objections to such Report and Recommendation (Doc. 34).

    The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

    Accordingly, the decision of the Commissioner is **REVERSED** and **REMANDED** for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405 (g).

    This matter is **REMANDED** pursuant to Sentence Six of 42 U.S.C. §405(g).

    This case is hereby **TERMINATED** from the docket of this Cout.

    IT IS SO ORDERED.

                                                      ___s/Susan J. Dlott_____
                                                      Judge Susan J. Dlott
                                                      United States District Court